# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 415 WAL 2018

Respondent  :

                              : Petition for Allowance of Appeal from
                              : the Order of the Superior Court

v.  :

MICHELLE LEIGH STARRY,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1) Whether the rationale and holding in *Commonwealth v. Segida*, 985 A.2d 871 (Pa. 2009), applies to a charge of driving under the influence brought pursuant to 75 Pa.C.S. § 3802(c), which has a statutory requirement that the defendant have an alcohol concentration in his or her blood or breath of .16% or greater within two hours after driving, operating or being in actual physical control of the movement of a vehicle.

(2) Whether the Superior Court erred by finding that the Commonwealth presented prima facie evidence that Petitioner's blood alcohol concentration was .16% or higher within two hours after she drove, operated or was in actual physical control of the movement of a vehicle.

(3) Whether the Superior Court erred in finding that the Commonwealth presented prima facie evidence to satisfy 75 Pa.C.S. § 3802(g)(1), which requires the Commonwealth to show "good cause explaining why the chemical test sample could not be obtained within two hours."